IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Little, Lavell | Case Number: | 08 B 20758 |
|---|---|---|---|
| | Little, Kenya | Judge: | Hollis, Pamela S |
| | Printed: 02/17/09 | Filed: | 8/8/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 5, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 738.56 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 689.82 |
| Trustee Fee: | | 48.74 |
| Other Funds: | | 0.00 |
| Totals: | 738.56 | 738.56 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,484.00 | 689.82 |
| 2. | Great American Finance Company | Secured | 0.00 | 0.00 |
| 3. | Dr Patel | Unsecured | 127.71 | 0.00 |
| 4. | Great American Finance Company | Unsecured | 16.93 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 40.97 | 0.00 |
| 6. | AIS Services | Unsecured | 91.50 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 56.30 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 845.00 | 0.00 |
| 9. | Midland Credit Management | Unsecured | 45.68 | 0.00 |
| 10. | Midland Credit Management | Unsecured | 60.92 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 338.00 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 235.08 | 0.00 |
| 13. | Corporate Collection Service | Unsecured | | No Claim Filed |
| 14. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 15. | Credit Solutions Corporation | Unsecured | | No Claim Filed |
| 16. | Credit Protection Association | Unsecured | | No Claim Filed |
| 17. | Credit Protection Association | Unsecured | | No Claim Filed |
| 18. | Credit Solutions Corporation | Unsecured | | No Claim Filed |
| 19. | First Shore Credit Corp | Unsecured | | No Claim Filed |
| 20. | Advocate Lutheran General Health Partner | Unsecured | | No Claim Filed |
| 21. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 22. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 23. | National Credit Adjusters | Unsecured | | No Claim Filed |
| 24. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 25. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 26. | Peoples Energy Corp | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Little, Lavell | Case Number: 08 B 20758 |
| --- | --- | --- |
| | Little, Kenya | Judge: Hollis, Pamela S |
| | Printed: 02/17/09 | Filed: 8/8/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- | --- |
| 27. | Professional Account Management | Unsecured | | No Claim Filed |
| | | | $ 5,342.09 | $ 689.82 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 6.6% | 48.74 |
| | $ 48.74 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*